Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MadKudu Inc., et al.,  )
               Plaintiff(s),  )  Case No: 5:20-cv-02653
                 )
   v.  )  **APPLICATION FOR**
                 )  **ADMISSION OF ATTORNEY**
U.S. Citizenship & Immig. Svs., et al.  )  **PRO HAC VICE**
                 )  (CIVIL LOCAL RULE 11-3)
             Defendant(s).  )

I, Leslie Karen Dellon, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Pls.: MadKudu Inc. and Quick Fitting, Inc. in the above-entitled action. My local co-counsel in this case is Zachary Nightingale, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1331 G St., NW, Suite 200<br>Washington DC 20005 | Van Der Hout LLP, 180 Sutter St., Suite 500<br>San Francisco CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 507-7530 | (415) 981-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ldellon@immcouncil.org | ndca@vblaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DC #250316.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/20/20

                                                                                Leslie Karen Dellon
                                                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Leslie Karen Dellon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 20, 2020

                                                                               UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE