Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Madkudu Inc., et al. )
                 Plaintiff(s), )  Case No: 5:20-cv-02653
v. )
U.S. Citizenship and Immigration )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                 Defendant(s). )  (CIVIL LOCAL RULE 11-3)

I, Jeff Joseph, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs MadKudu, Inc & Quick Fitting in the above-entitled action. My local co-counsel in this case is Zachary Nightingale, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 12203 East Second Ave. Aurora, CO  80011 | Van Der Hout LLP, 180 Sutter Street, Suite 500 San Francisco, CA  94014 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 297-9171 | (415) 981-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jeff@immigrationissues.com | ndca@vblaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 28695.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 04/22/20

                                                Jeff Joseph
                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeff Joseph is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 22, 2020

                                       UNITED STATES ~~DISTRICT~~ / MAGISTRATE JUDGE