UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADKUDU INC., et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>           Defendants. | Case No. 20-cv-02653-SVK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 24 |

On April 28, 2020, Plaintiffs' attorney, Trina Realmuto, filed a motion to withdraw as Plaintiffs' counsel. Dkt. 24. As Attorney Realmuto's withdrawal will not cause any prejudice or delay (Dkt. 24 at 3), the Court **GRANTS** Trina Realmuto's motion.

**SO ORDERED.**

Dated: April 30, 2020

SUSAN VAN KEULEN
United States Magistrate Judge