UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADKUDU INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02653-SVK<br><br>**ORDER REGARDING MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 26 |

On May 4, 2020, Plaintiffs MadKudu Inc. and Quick Fitting Inc. filed a motion for class certification.  Dkt. 26.  As no defendants have appeared or consented to the jurisdiction of the undersigned, the Court **ORDERS** Plaintiffs to file a status report by **May 15, 2020,** detailing the status of service on Defendants U.S. Citizenship and Immigration Services and Kenneth T. Cuccinelli.  The Court will set a briefing schedule for the instant motion after Defendants have appeared.  The hearing set for June 23, 2020 is hereby **VACATED**.

**SO ORDERED.**

Dated: May 5, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge